UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGE MURPHY
Plaintiff(s)

-v-

RAMBUS, INC.
Defendant(s)

C 01-03150 BZ

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE FOR SECURITIES CLASS ACTIONS SUBJECT TO THE PRIVATE SECURITIES LITIGATION REFORM ACT (PSLRA)

IT IS HEREBY ORDERED THAT this action is assigned to the Honorable Bernard Zimmerman. When serving the complaint or notice of removal, the plaintiff or removing defendant shall serve on all other parties a copy of this order, the handbook entitled "Dispute Resolution Procedures in the Northern District of California," the Notice of Assignment to United States Magistrate Judge for Trial, a copy of "Model Stipulation and Proposed Consolidation Order for Securities Fraud Class Actions", a copy of the "Sample Confidentiality Order", and all other documents specified in Civil Local Rule 4-2.

Counsel shall comply with the case schedule listed below unless the Court otherwise orders.

CASE SCHEDULE

| Date | Event | Governing Rule |
|---|---|---|
| 08/15/2001 | Complaint filed | |
| 08/15/2001 | Plaintiff to file requisite certificate | Civil L.R. 3-7(b) |
| 09/04/2001 | Last day for plaintiff to file copy of notice | Civil L.R. 23-1(a) |
| 60 days after publication of notice | Last day to file motion to serve as lead plaintiff | Civil L.R. 23-1(b) |
| 11/26/2001 | Last day to meet and confer re initial disclosures, early settlement & discovery plan | FRCivP 26(f) |
| 12/10/2001 | Last day to complete initial disclosures or state objection in Rule 26(f) Report, file/serve Case Managment Statement and file/serve Rule 26(f) Report | FRCivP 26(a)(1)<br>Civil L.R. 16-9 |
| 12/17/2001 | Case Management Conference in Ctrm G, 15th Floor, SF at 4:00 PM | Civil L.R. 16-10 |